*Decisions on Petitions for Writs of Certiorari from January 7 to February 25, 1907.*

No. 528. FRANK D. ZELL, PETITIONER, v. B. W. LEIGH ET AL. January 7, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. Mr. William L. Royall, Mr. Charles L. Frailey, Mr. Charles H. Burr, Mr. Reynolds D. Brown and Mr. Malcolm

*Lloyd, Jr.,* for petitioner. *Mr. D. Lawrence Groner; Mr. Tazewell Taylor* and *Mr. Floyd Hughes* for respondents.

